IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK THOMAS CARTER,

Defendant.                                                  CRIMINAL No. 05-CR-30125-DRH

ORDER

**HERNDON, Chief Judge:**

Now before the Court is Carter's motion for reduction of sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Doc. 23). Based on the following, the Court dismisses the motion for want of jurisdiction.

Once a district court enters final judgment it lacks jurisdiction to continue to hear related issues, except to the extent authorized by statute or rule. **See Carlisle v. Unites States, 517 U.S. 416 (1996).** The following post-judgment motions are allowed if timely filed. Under **Federal Rule of Criminal Procedure 35,** revision is proper only within 7 days, unless the prosecutor files an appropriate motion or the court of appeals remands. Further, a **Rule 33** motion for a new trial based on new evidence must be brought within 3 years after the verdict and a **Rule 33** motion for new trial based on other grounds must be brought within 7 days after the verdict.

Here, the Court cannot consider Carter's motion. **Rule 35** is inapplicable because this motion is brought over two years *after* judgment and the imposition of sentence (January 18 and January 19, 2006 respectively); it does not appear to be

brought to correct the sentence arithmetical, technical or other clear error; and the *Government* has not filed a motion to reduce. Likewise, **Rule 33** does not apply because the motion does not appear to be brought on newly discovered evidence and it was not filed within 7 days of the verdict to be timely brought based on other reasons. Because the Court finds that Carter's motion does not fall under any of the exceptions authorized by statute or rule, the Court lacks jurisdiction to entertain the motion.

Accordingly, the Court dismisses for want of jurisdiction Carter's motion for reduction of sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.**

Signed this 19th day of August, 2008.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**